Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Paul F. Strain
M. King Hill, III
David J. Heubeck
VENABLE LLP
Two Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201
(410) 244-7400

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------x

| | | |
|---|---|---|
| IN RE: | : | |
| Fosamax Products Liability Litigation | : | 1:06-md-1789 (JFK) |
| | : | |

-----------------------------------------------------x

| | | |
|---|---|---|
| *This Document Relates to:* | : | **NOTICE OF APPEARANCE** |
| Bertha S. Farmer | : | |
| v. Merck & Co., Inc. | : | |
| | : | |
| Case No: 1:08-cv-03058-JFK | : | |

-----------------------------------------------------x

     PLEASE TAKE NOTICE that Paul F. Strain hereby enters his appearance as counsel of record in the above referenced causes of action. All inquiries, pleadings and court documents should be filed and served upon the undersigned.

Dated: May 27, 2008
      New York, New York                 Respectfully submitted,

                                        By: _____/s/_____
                                            Paul F. Strain

                                            Venable LLP
                                            Two Hopkins Plaza
                                            1800 Mercantile Bank & Trust Bldg
                                            Baltimore, MD 21201
                                            (410)-244-7717
                                            Fax: (410)-244-7742
                                            Email: pfstrain@venable.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 27, 2008, the foregoing NOTICE OF APPEARANCE was filed electronically and served electronically, pursuant to the Court's Case Management Order, via the Court's CM/ECF system.

                                            /s/
                                 Paul F. Strain

                                 Venable LLP
                                 Two Hopkins Plaza
                                 1800 Mercantile Bank & Trust Bldg
                                 Baltimore, MD 21201
                                 (410)-244-7717
                                 Fax: (410)-244-7742
                                 Email: pfstrain@venable.com